IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John W. Fryer, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:10cv778 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Citifinancial, Inc., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on November 15, 2010 a Report and Recommendation (Doc. 4).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 6).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the complaint is **DISMISSED.**  The Court certifies pursuant to 28 U.S.C. §1915(a) that an appeal of this Order will not be taken in good faith and therefore denies plaintiff leave to appeal *in forma pauperis.*  Plaintiff, a non-prisoner, remains free to apply to proceed *in*

*forma pauperis* in the Court of Appeals.  *See Callihan v. Schneider,* 178 F.3d 800, 803 (6th Cir. 1999), overruling in part *Floyd v. United States Postal Serv.,* 105 F3.d 274, 277 (6th Cir. 1997).

IT IS SO ORDERED.

                                                ___s/Susan J. Dlott_____  
                                                Chief Judge Susan J. Dlott  
                                                United States District Court